IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNION PACIFIC RAILROAD COMPANY, | ) | CASE NO. 2:09cv1499GLL |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| USB GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on Plaintiff's Motion for Default Judgment against Defendant USB GROUP, LLC.

Having considered Plaintiff's motion, the Court finds that said motion should be, and hereby is, GRANTED. Thus, judgment in the amount of One Hundred Six Thousand, Fifty-One and 15/100ths Dollars ($106,051.15) against Defendant, plus interest and costs, is hereby entered in favor of Plaintiff Union Pacific Railroad Company.

DATED THIS 25th day of Feb 2010.

United States District Court Judge

471912